# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SAMUEL RANDOLPH, | : | Civil No. 1:22-CV-01239 |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| CITY OF HARRISBURG, *et al.*, | : | |
| | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

## <u>AMENDED CASE MANAGEMENT ORDER</u>

**AND NOW**, on this 19th day of December 2025, following a telephonic

status conference, at which Plaintiff made a request for an extension of the case

management deadlines, and Defendants not objecting to the extension, **IT IS**

**ORDERED THAT** the case management deadlines are **AMENDED** as follows:

### <u>Summary of Dates and Deadlines</u>

| | |
|---|---|
| Discovery Disputes: | February 17, 2026 |
| Status conference[1]: | February 25, 2026, at 10:45 a.m. |
| Fact discovery: | March 31, 2026 |
| Dispositive motions and supporting briefs: | April 30, 2026 |
| Plaintiff's expert reports: | April 30, 2026 |
| Defendant's expert reports: | June 5, 2026 |
| Supplemental and rebuttal expert reports: | June 22, 2026 |
| Expert discovery: | July 10, 2026 |
| Motions in limine and supporting briefs: | August 5, 2026 |
| Pretrial memoranda: | September 2, 2026 |
| Proposed voir dire and jury instructions: | September 2, 2026 |

---

[1] The parties shall call-in to the conference calling number 570-218-8447, using the phone conference ID 660 227 256#. Counsel should be aware that this is a conference calling number that is utilized for multiple calls scheduled in ten- or fifteen-minute intervals. If you dial in and another call is in progress, please wait until the courtroom deputy announces your case. The courtroom deputy is aware when a new caller joins the conference. You should follow the same etiquette expected when you enter a courtroom and a proceeding is in progress. When your case is called, state your name and client. Be advised that court staff are monitoring the conference at all times.

Trial[2]:                                                October 5, 2026


**IT IS FURTHER ORDERED THAT** there will be no further extensions of

the case management deadlines.


s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania

---

[2] The court schedules every civil case on its docket on a trial list date.  A trial list date is distinct from a trial date certain.  The court will schedule a trial date certain by means of a separate scheduling order after conferring with counsel about the selection of a trial date certain.  If any dispositive motion is filed in this case, the court will generally continue the trial list date and stay the pretrial deadlines pending resolution of the dispositive motion.  However, if no dispositive motion is filed in this case, the court will convene a telephone status conference with counsel to select a trial date certain.