IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

SAMUEL RANDOLPH,

      Plaintiff,

      v.

CITY OF HARRISBURG,
SERGEANT ROBERT FEGAN, and
INVESTIGATORS DONALD
HEFFNER, DAVID LAU, TIMOTHY
CARTER and KEVIN DUFFIN, in
their individual capacities,

      Defendants.

CIVIL ACTION NO.
1:22-cv-01239-JPW

The Hon. Jennifer P. Wilson

*Electronically Filed*

## DEFENDANT CITY OF HARRISBURG'S
## MOTION FOR SUMMARY JUDGMENT

Defendant, City of Harrisburg ("Defendant Harrisburg"), through its undersigned counsel, Brian P. Gabriel, Esq. and Campbell Durrant, P.C., files the following *Motion for Summary Judgment* pursuant to Federal Rule of Civil Procedure 56 and Local Rules 7.4 through 7.8 and 56.1, and hereby moves for summary judgment with respect to all claims advanced against it in the above-captioned lawsuit. In support of this Motion, Defendant Harrisburg is filing a *Joint Concise Statement of Material Facts* with the Individual Defendants, which includes relevant portions of the record as attachments, and a *Brief in Support of Motion for Summary Judgment*.

WHEREFORE, Defendant, City of Harrisburg respectfully requests that this Honorable Court grant its *Motion for Summary Judgment* and dismiss all claims against it with prejudice.

CAMPBELL DURRANT, P.C.

By:_____/s/Brian P. Gabriel_____
Brian P. Gabriel (PA 73132)
bgabriel@cdblaw.com
Direct Dial (412) 395-1267
535 Smithfield Street, Suite 700
Pittsburgh, PA  15222
(412) 395-1280 (Telephone)
(412) 395-1291 (Facsimile)

*Counsel for Defendant, City of Harrisburg*

Dated:      May 14, 2026

## CERTIFICATE OF ELECTRONIC SERVICE

I hereby certify that on May 14, 2026, the foregoing **Defendant City of Harrisburg's Motion for Summary Judgment** was filed with the Clerk of Court using the CM/ECF system, which will notify the following of the filing of the same:

Paul A. Ellis, Jr., Esq. / Brad N. Sommer, Esq. / John K. Bryan, Esq.
pae@sommerlawgroup.com / bns@sommerlawgroup.com / slg@sommerlawgroup.com
6 Market Square
Pittsburgh, PA  15222
*Counsel for Plaintiff*

David J. MacMain, Esq. / Brian C. Conley, Esq.
dmacmain@macmainlaw.com/bconley@macmainlaw.com
MacMain Leinhauser, P.C.
433 W. Market Street, Suite 200
West Chester, PA  19382
*Counsel for Sergeant Robert Fegan and*
*Investigators Donald Heffner, David Lau, and Kevin Duffin*

CAMPBELL DURRANT, P.C.

By:  /s/Brian P. Gabriel
         Brian P. Gabriel