# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

SAMUEL RANDOLPH, : 
 : 
                    Plaintiff. : 
 : 
        v. : 
 :   Docket No.  22-CV-01239
CITY OF HARRISBURG, et al., : 
 : 
                    Defendants. : 

## DEFENDANTS, ROBERT FEGAN, DAVID LAU, DONALD HEFFNER, AND KEVIN DUFFIN'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56, Defendants, Sgt. Robert Fegan, Detective David Lau, and Investigators Donald Heffner and Kevin Duffin, by and through their undersigned attorneys, respectfully move this Honorable Court for an entry of summary judgment and for the dismissal of all of Plaintiff's claims against them, *with prejudice*. The grounds for this Motion are fully set forth in the accompanying Brief in Support, which is incorporated herein by reference as if set forth fully herein at length.

WHEREFORE, Defendants, Sgt. Robert Fegan, Detective David Lau, and Investigators Donald Heffner and Kevin Duffin respectfully request that this Honorable Court grant their Motion and enter judgment in their favor and against Plaintiff *with prejudice*.

**MacMAIN LEINHAUSER PC**

Dated: <u>May 14, 2026</u>

By:  */s/ Brian C. Conley*
David J. MacMain
Brian C. Conley
Attorney I.D. Nos. 59320 / 311372
433 W. Market Street, Suite 200
West Chester, PA 19382
dmacmain@macmainlaw.com
bconley@macmainlaw.com
484-318-7106
*Attorneys for Defendants Sgt. Robert Fegan, Detective David Lau, and Investigators Donald Heffner and Kevin Duffin*

## CERTIFICATE OF SERVICE

I, Brian C. Conley, hereby certify that on this 14th day of May 2026, the foregoing was served upon the following counsel of record via ECF:

Paul A. Ellis, Jr., Esquire
John K. Bryan, Esquire
Sommer Law Group, P.C.
6 Market Square
Pittsburgh, PA 15222
*Attorneys for Plaintiff*

Brian P. Gabriel, Esquire
Campbell Durrant, P.C.
535 Smithfield Street, Suite 700
Pittsburgh, PA 15222
*Attorney for Co-Defendant City of Harrisburg*

**MacMAIN LEINHAUSER PC**

By:    */s/ Brian C. Conley*
Brian C. Conley
Attorney I.D. No. 311372
433 W. Market Street, Suite 200
West Chester, PA 19382
bconley@macmainlaw.com
484-318-7106
*Attorneys for Defendants Sgt. Robert Fegan, Detective David Lau, and Investigators Donald Heffner and Kevin Duffin*